# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00027-CV

**John McNamara, Appellant**

**v.**

**Randolph Brooks Federal Credit Union, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001086, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

John McNamara filed a notice of appeal from a summary judgment in favor of Randolph Brooks Federal Credit Union. The clerk's record was filed on June 14, 2012. Appellant's brief was due on July 16, 2012. *See* Tex. R. App. P. 38.6(a). No brief was filed. By letter dated July 31, 2012, this Court's clerk sent notice to McNamara that his brief was overdue and that this appeal could be dismissed if he failed to file a brief or otherwise explain his failure by August 10, 2012. McNamara has not filed a brief, motion to extend time to file a brief, or other explanation for his failure to file a brief. We dismiss this appeal for want of prosecution. *See* Tex R. App. P. 42.3(a).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 31, 2012